# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

EMILY PATTERSON,

    Petitioner-Appellee,

v.        No. 28,848

LEN LOPRESTO,

    Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Mike Murphy, District Judge**

Francisco Mario Ortiz
Las Cruces, NM

for Appellee

Bates Law Firm
Lloyd O. Bates, Jr.
Las Cruces, NM

for Appellant

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____

**MICHAEL E. VIGIL, Judge**

_____

**LINDA M. VANZI, Judge**